UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SUE LARKIN                                                        CIVIL ACTION

VERSUS                                                     20-493-SDD-EWD

SOMPO AMERICA INSURANCE
COMPANY, *et al.*

## **RULING**

This matter is before the Court on the *Motion to Dismiss*[1] filed by Defendant Ecolab, Inc. ("Ecolab"). Local rule 7(f) of the Middle District of Louisiana requires that memoranda in opposition to a motion be filed within twenty-one (21) days after service of the motion. Ecolab filed its *Motion* on January 7, 2021. Thus, under the Federal Rules of Civil Procedure and the Local Rules of Court, Plaintiff Sue Larkin ("Larkin") was required to file an opposition no later than January 28, 2021. She did not. On May 17, 2021, the Court granted Ecolab's *Motion* as unopposed, allowing Larkin fourteen days (until May 31, 2021) to file a response explaining her failure to comply with the Court's deadlines.[2]

On June 1, 2021 (after the response deadline had elapsed), Larkin filed an *Ex Parte Motion for Extension of Time to Respond*, explaining that her counsel's office had flooded with a foot of water such that more time was required to prepare a response to the Court's dismissal of her claims.[3] The Court granted that *Motion*, setting a new

---

[1] Rec. Doc. No. 20.
[2] Rec. Doc. No. 22.
[3] Rec. Doc. No. 24.

70341

deadline of June 14, 2021 for any response.[4] Larkin filed a *Response*, but not until June 22, 2021.[5] In addition to being untimely, that *Response* did not contain any explanation of Larkin's failure comply with the Court's deadlines. Given Larkin's compounding failure to comply with deadlines, and her failure to provide an explanation for her lack of timely opposition to Ecolab's *Motion to Dismiss*, the Court finds no reason to reverse its previous dismissal of Larkin's claims against Ecolab.

Accordingly, **IT IS HEREBY ORDERED** that Ecolab's *Motion to Dismiss for Failure to State a Claim*[6] is GRANTED and Larkin's claims against Ecolab dismissed with prejudice.

Baton Rouge, Louisiana the 9th day of December, 2021.

                                             _____
                                             **SHELLY D. DICK**
                                             **CHIEF DISTRICT JUDGE**
                                             **MIDDLE DISTRICT OF LOUISIANA**

---

[4] Rec. Doc. No. 25.
[5] Rec. Doc. No. 27.
[6] Rec. Doc. No. 20.

70341